**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARLA A. SANTOS and
LAWRENCE E. SANTOS,

        Plaintiffs,                             CASE NO. 07-11229
                                                        HON. LAWRENCE P. ZATKOFF
v.

FARMERS INSURANCE EXCHANGE,
a foreign corporation, and ARRON PIETEILA
and SARAH PIETILA d/b/a Arron & Sarah
Pietila Agency,

        Defendants.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR RECONSIDERATION

This matter is before the Court on Defendant Farmers Insurance Exchange's (Farmers) Motion for Reconsideration (Dkt. #26) of the Court's Opinion and Order (Dkt #22) denying its Motion for Summary Judgment. As explained below, Farmers' motion is denied.

To succeed on its motion, Farmers must demonstrate a "palpable defect by which the court and the parties have been misled" and that "correcting the defect will result in a different disposition of the case." E.D. Mich. LR 7.1(g)(3). Furthermore, "the court will not grant motions for ... reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." *Id.* The Court finds that Farmers has not satisfied the required showing. Farmers' motion merely repeats the same arguments addressed in its Motion for Summary Judgment and ruled on by the Court, and does not present any evidence of a palpable defect that misled the Court. Accordingly, Farmers' Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 27, 2007.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290